# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| TERRANCE THOMPSON, <br> a/k/a TERRENCE THOMPSON <br><br> Plaintiff, <br><br> v. <br><br> FLOYD BONNER and KIRK FIELDS, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  No. 2:20-cv-2658-JTF-atc <br> ) <br> ) <br> ) |

## ORDER TO SHOW CAUSE

On August 28, 2020, *pro se* plaintiff Terrance Thompson filed a complaint under 42 U.S.C. § 1983 and a motion for leave to proceed *in forma pauperis*. (ECF Nos. 1 & 2.)  On September 1, 2020, the Court granted him leave to proceed *in forma pauperis*. (ECF No. 4.)  On May 10, 2021, the Court dismissed Plaintiff's complaint without prejudice for failure to state a claim to relief, denied injunctive relief, and granted him leave to amend his claims within twenty-one (21) days. (ECF No. 5.)  The time granted for Plaintiff to amend his complaint expired on June 1, 2021[1], and he has yet to do so.  The Court thus **ORDERS** Plaintiff to show cause by filing a notice on or before **June 18, 2021**, addressing why the Court should not enter judgment in this case. Failing to comply with this Order in a timely manner will result in a judgment dismissing this

---

[1] Fed. R. Civ. P. 6 explains how deadlines are computed when applying the Federal Rules of Civil Procedure.  Saturdays, Sundays and legal holidays are not counted.  Fed. R. Civ. P. 6(a)(1)(C).  Memorial Day is defined as a "legal holiday."  Fed. R. Civ. P. 6(a)(6)(A).  If a time period would otherwise end on a Saturday, Sunday, or legal holiday, the time period is deemed to extend to the next day when the clerk's office is open and accessible.  Fed. R. Civ. P. 6(a)(3).

action with prejudice without further notice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED**, this 4th day of June, 2021.

                                               *s/ John T. Fowlkes*
                                               JOHN T. FOWLKES
                                               UNITED STATES DISTRICT JUDGE