# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| TERRANCE THOMPSON,<br>a/k/a TERRENCE THOMPSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FLOYD BONNER and KIRK FIELDS,<br><br>　　　　Defendants. | )<br>)<br>)<br>)　No. 2:20-cv-2658-JTF-atc<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

On Decision by Court.  This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is Dismissed With Prejudice in accordance with the Order Dismissing The Case, Certifying An Appeal Would Not Be Taken in Good Faith, Denying Leave To Proceed *In Forma Pauperis* On Appeal, Notifying Thompson Of The Appellate Filing Fee, And Recommending That This Dismissal Be Treated As A Strike Under 28 U.S.C. § 1915(g), which was entered on November 22, 2022.

**IT IS SO ORDERED**, this 22nd day of November, 2022.

APPROVED:

| | |
|---|---|
| /s/ *John T. Fowlkes, Jr.*<br>JOHN T. FOWLKES, JR.<br>UNITED STATES DISTRICT JUDGE | THOMAS M. GOULD<br>CLERK |
| November 22, 2022<br>DATE | */s/ Kristen Polovoy*<br>(BY) KRISTEN POLOVOY<br>*PRO SE* LAW CLERK |